UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                            Criminal No. 16-mj-30588

Oliver Schmidt,

    Defendant.

---

**MOTION AND ORDER TO UNSEAL THE COMPLAINT
AND ARREST WARRANT**

---

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                            Respectfully submitted,

                                            BARBARA L. MCQUADE
                                            United States Attorney

                                            *s/John K. Neal*
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            John.neal@usdoj.gov
                                            (313) 226-9644

**IT IS SO ORDERED.**

                                                s/R. Steven Whalen
                                                Hon. R. Steven Whalen
                                                United States Magistrate Judge

Entered: January 9, 2017